**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EMS Warehousing and Distribution, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-3163540** |

4. Debtor's address

**Principal place of business**

**210 Grove Street, Suite 100**
**Franklin, MA 02038**
Number, Street, City, State & ZIP Code

**Norfolk**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **EMS Warehousing and Distribution, Inc.** _____    Case number (*if known*) _____
              Name

**7.    Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.
If more than 2 cases, attach a separate list.

|  | District | When | Case number |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | District _____ | When _____ | Case number _____ |

Debtor   **EMS Warehousing and Distribution, Inc.**                         Case number *(if known)* _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

### ▰ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **EMS Warehousing and Distribution, Inc.**   Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **EMS Warehousing and Distribution, Inc.** _____   Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12  19  2024
             MM / DD / YYYY

X _Wayne Edwards President_          **Wayne Edwards**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date   12/19/24
Signature of attorney for debtor                 MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**          Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

## CORPORATE VOTE

The undersigned, Wayne Edwards, President and Sole Director, of EMS Warehousing and Distribution, Inc., a Massachusetts corporation (the "Company"), by unanimous vote, pursuant to the Company's bylaws and the Corporation Law of the Commonwealth of Massachusetts, do hereby approve, consent to and take the following actions:

VOTED:    That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:    That this Vote be filed in the minute book of the Company.

Dated:  December 19, 2024

Wayne Edwards, President
And Sole Director

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re:

EMS WAREHOUSING AND DISTRIBUTION, INC.

                    Debtor.

Chapter 11
Case No. _____

## DECLARATION RE: ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

      We, David B. Madoff and Wayne Edwards, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, Lists, Statements & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☒ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

      We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: December 19, 2024

Signed: _____
        David B. Madoff

Signed: _____
        Wayne Edwards, President

PART II – DECLARATION OF ATTORNEY

       I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated: December 19, 2024

                 Signed:_____
                      David B. Madoff

**Fill in this information to identify the case:**

Debtor name  **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/19/2024          x _Wayne Edwards_
                                    Signature of individual signing on behalf of debtor

**Wayne Edwards**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **EMS Warehousing and Distribution, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dowe Realty II, LLC c/o Home Market Foods 140 Morgan Drive Norwood, MA 02062** | | **Commercial Lease** | **Disputed** | | | **$1,200,251.10** |

Fill in this information to identify the case:

Debtor name    **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................   $ _____ **398,092.66**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................   $ _____ **398,092.66**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____ **1,200,251.10**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                 $ _____ **1,200,251.10**

| Fill in this information to identify the case: |
| --- |
| Debtor name  **EMS Warehousing and Distribution, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **North Easton Savings Bank** | **Checking** | **9502** | **$78,708.41** |
| 3.2. | **North Easton Savings Bank** | **Savings** | **4570** | **$250.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $78,958.41 |
| --- | --- |

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security deposit held by Norton landlord  - $135,000.00.  Landlord asserts it is owed in excess of $1 million for unpaid rent** | **$0.00** |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **EMS Warehousing and Distribution, Inc.**            Case number *(If known)* _____
Name

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                    | $0.00 |
Add lines 7 through 8. Copy the total to line 81.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   _260,634.25_  -  _0.00_  = ....   | $260,634.25 |
face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                    | $260,634.25 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Desktop computers (8) and server** | $0.00 | | $500.00 |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

| Debtor | **EMS Warehousing and Distribution, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Ford F250 (130,000 miles, good condition).  Truck is titled in Principal's name but paid for by the company.** | **$0.00** | **Blue Book** | **$13,000.00** |
| 47.2. **2024 SMC Sierra (33,000 miles, very good condition).  Truck is titled in Principal's name but paid for by the company.** | **$0.00** | **Blue Book** | **$27,000.00** |
| 47.3. **Approximately 8 non-functional trailers located at the Norton facility** | **$0.00** | | **$8,000.00** |
| 47.4. **Four (4) functional trailers located at the Franklin facility** | **$0.00** | | **$10,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Two (2) Hamech forklifts with over 6,000 hours; one (1) Komatsu forklift with over 6,000 hours** | **$0.00** | | **Unknown** |
| **Three story steel racking covering approximately 33,000 square feet of warehouse space** | **$0.00** | | **Unknown** |

Debtor    **EMS Warehousing and Distribution, Inc.**                    Case number *(If known)* _____
    Name

| 51. | **Total of Part 8.** | | **$58,000.00** |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.emswarehousing.com | **$0.00** | | **$0.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **EMS Warehousing and Distribution, Inc.**                                       Case number *(If known)* _____
        Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) |  |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73.  **Interests in insurance policies or annuities** **SBLI term life insurance policy - no cash surrender value.  Named insured is Debtor's principal** | **$0.00** |

| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
|---|---|
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| **potential counterclaims against Dowe Realty II, LLC** | **Unknown** |

| Nature of claim | **Civil** |
|---|---|
| Amount requested | **$0.00** |

| 76.  **Trusts, equitable or future interests in property** |  |
|---|---|
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |

| 78.  **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **EMS Warehousing and Distribution, Inc.**              Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $78,958.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $260,634.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $398,092.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $398,092.66 |

**Fill in this information to identify the case:**

Debtor name    **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name          **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **Unknown** |

**2.1** Priority creditor's name and mailing address

**Commonwealth of Massachusetts
Department of Unemployment
Assistance
Legal Dept. 1st Fl, Attn Chief
Counsel
19 Staniford Street
Boston, MA 02114**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **Unknown**

---

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **Unknown**

Debtor    **EMS Warehousing and Distribution, Inc.**
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Massachusetts Department of Revenue**
**PO Box 9564**
**Boston, MA 02114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200,251.10 |
|---|---|---|---|

**Dowe Realty II, LLC**
**c/o Home Market Foods**
**140 Morgan Drive**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Farraher, Jr.** **Greenberg Traurig, LLP** **One International Place** **Boston, MA 02110** | Line **3.1** ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,200,251.10 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 1,200,251.10 |

Fill in this information to identify the case:

Debtor name  **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Dowe Realty II , LLC** <br> **140 Morgan Drive** <br> **Norwood, MA 02062** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial lease (210 Grove Street, Franklin, MA) through November 2026** <br><br> State the term remaining <br><br> List the contract number of any government contract | **MCP III 210 Grove LLC** <br> **c/o Marcus Partners, LLC** <br> **201 Washington Street, Suite 2100** <br> **Boston, MA 02108** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Three (3) Unicarrier forklifts** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Ocean State Forklifts, Inc.** <br> **22 Hollister Road** <br> **Seekonk, MA 02771** |

**Fill in this information to identify the case:**

Debtor name    **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br><br>Street<br>_____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br><br>Street<br>_____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br><br>Street<br>_____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br><br>Street<br>_____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **EMS Warehousing and Distribution, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross Sales** | **$3,471,971.48** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **Gross Sales** | **$5,590,757.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross Sales** | **$4,877,760.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **EMS Warehousing and Distribution, Inc.** _____ Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **See 90 day list appended hereto** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See 1 year list appended hereto** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dowe Realty II, LLC v. EMS Warehousing and Distribution, Inc.**<br>**2473CV00866** | **Civil - eviction and contract damages** | **Bristol County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor  **EMS Warehousing and Distribution, Inc.**  Case number *(if known)* _____

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Madoff & Khoury LLP<br>124 Washington Street, Suite 202<br>Foxborough, MA 02035 | $26,738.00, of which $7,000.00 was expended for prepetition services and $1,738.00 was paid as a filing fee, leaving a retainer balance of $18,000.00 | 12/17/2024 | $26,738.00 |
| | Email or website address<br>alston@mandkllp.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **EMS Warehousing and Distribution, Inc.**                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 4

Debtor    **EMS Warehousing and Distribution, Inc.**                    Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Customers** | **Debtor's Franklin and Norton warehouses** | **All goods, products and other miscellaneous inventory kept in Debtor's warehouses belongs to debtor's customers** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **EMS Warehousing and Distribution, Inc.** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Condon & Lapsley, LLC**<br>**15 Caswell Lane**<br>**Plymouth, MA 02360** | **Annually** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Condon & Lapsley, LLC**<br>**15 Caswell Lane**<br>**Plymouth, MA 02360** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Condon & Lapsley, LLC**<br>**15 Caswell Lane**<br>**Plymouth, MA 02360** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **EMS Warehousing and Distribution, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Wayne Edwards** | **210 Grove Street, Suite 100 Franklin, MA 02038** | **Sole Officer and Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Sierra truck loan is in Debtor's principal's name but the company makes the monthly loan payments. See also answer to SOFA question 4.** |
| | **Wayne Edwards** | | **Monthly** | |
| | **Relationship to debtor** **Debtor's principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **EMS Warehousing and Distribution, Inc.**                          Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2024**

**/s/ Wayne Edwards**                                            **Wayne Edwards**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

2:51 PM
12/18/24
Cash Basis

Case 24-41297    Doc 1    Filed 12/19/24    Entered 12/19/24 09:17:52    Desc Main
Document    Page 31 of 37

Warehousing & Distribution, Inc.
Account QuickReport
As of December 18, 2024

|  | Type | Date | Num | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|---|---|
| Checking |  |  |  |  |  |  |  |
|  | Check | 12/22/2023 | 16988 | Connor J Edwards |  | -SPLIT- | -1,411.79 |
|  | Check | 12/22/2023 | 16989 | Theresa M Edwards |  | -SPLIT- | -792.94 |
|  | Check | 12/22/2023 | 16990 | Wayne J Edwards |  | -SPLIT- | -2,235.63 |
|  | Check | 12/29/2023 | 17005 | Connor J Edwards |  | -SPLIT- | -1,411.79 |
|  | Check | 12/29/2023 | 17006 | Theresa M Edwards |  | -SPLIT- | -792.94 |
|  | Check | 12/29/2023 | 17007 | Wayne J Edwards |  | -SPLIT- | -2,235.63 |
|  | Check | 01/05/2024 | 17022 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 01/05/2024 | 17023 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 01/05/2024 | 17024 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 01/12/2024 | 17039 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 01/12/2024 | 17040 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 01/12/2024 | 17041 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 01/19/2024 | 17056 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 01/19/2024 | 17057 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 01/19/2024 | 17058 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 01/26/2024 | 17073 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 01/26/2024 | 17074 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 01/26/2024 | 17075 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 02/02/2024 | 17090 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 02/02/2024 | 17091 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 02/02/2024 | 17092 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 02/09/2024 | 17107 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 02/09/2024 | 17108 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 02/09/2024 | 17109 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 02/16/2024 | 4897 | Wayne Edwards | Enviro Cool A&H | Building | -1,800.00 |
|  | Check | 02/16/2024 | 17124 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 02/16/2024 | 17125 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 02/16/2024 | 17126 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 02/23/2024 | 17141 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 02/23/2024 | 17142 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 02/23/2024 | 17143 | Wayne J Edwards |  | -SPLIT- | -2,258.98 |
|  | Check | 03/01/2024 | 17158 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 03/01/2024 | 17159 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 03/01/2024 | 17160 | Wayne J Edwards |  | -SPLIT- | -2,255.70 |
|  | Check | 03/08/2024 | 17175 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 03/08/2024 | 17176 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 03/08/2024 | 17177 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 03/15/2024 | 17192 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 03/15/2024 | 17193 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 03/15/2024 | 17194 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 03/22/2024 | 17209 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 03/22/2024 | 17210 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 03/22/2024 | 17211 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 03/29/2024 | 17226 | Connor J Edwards |  | -SPLIT- | -1,425.97 |
|  | Check | 03/29/2024 | 17227 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 03/29/2024 | 17228 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 04/05/2024 | 17243 | Connor J Edwards |  | -SPLIT- | -1,418.87 |
|  | Check | 04/05/2024 | 17244 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 04/05/2024 | 17245 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 04/12/2024 | 17260 | Connor J Edwards |  | -SPLIT- | -1,418.32 |
|  | Check | 04/12/2024 | 17261 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 04/12/2024 | 17262 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 04/19/2024 | 17277 | Connor J Edwards |  | -SPLIT- | -1,418.32 |
|  | Check | 04/19/2024 | 17278 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 04/19/2024 | 17279 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 04/26/2024 | 17294 | Connor J Edwards |  | -SPLIT- | -1,418.32 |
|  | Check | 04/26/2024 | 17295 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 04/26/2024 | 17296 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |
|  | Check | 05/03/2024 | 17311 | Connor J Edwards |  | -SPLIT- | -1,418.32 |
|  | Check | 05/03/2024 | 17312 | Theresa M Edwards |  | -SPLIT- | -799.26 |
|  | Check | 05/03/2024 | 17313 | Wayne J Edwards |  | -SPLIT- | -2,247.50 |

2:51 PM
12/18/24
Cash Basis

Case 24-41297    Doc 1    Filed 12/19/24 & Entered 12/19/24 09:17:52    Desc Main
Document    Page 32 of 37

Ending Balance & Reconciliation
Account QuickReport
As of December 18, 2024

| Type | Date | Num | Name | Memo | Split | Paid Amount |
|------|------|-----|------|------|-------|-------------|
| Check | 05/10/2024 | 17329 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 05/10/2024 | 17330 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 05/10/2024 | 17331 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 05/17/2024 | 17347 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 05/17/2024 | 17348 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 05/17/2024 | 17349 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 05/24/2024 | 17364 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 05/24/2024 | 17365 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 05/24/2024 | 17366 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 05/31/2024 | 17381 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 05/31/2024 | 17382 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 05/31/2024 | 17383 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 06/07/2024 | 17398 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 06/07/2024 | 17399 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 06/07/2024 | 17400 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 06/14/2024 | 17415 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 06/14/2024 | 17416 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 06/14/2024 | 17417 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 06/21/2024 | 17433 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 06/21/2024 | 17434 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 06/21/2024 | 17435 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 06/28/2024 | 17452 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 06/28/2024 | 17453 | Theresa M Edwards | | -SPLIT- | -799.26 |
| Check | 06/28/2024 | 17454 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 07/05/2024 | 17469 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 07/05/2024 | 17470 | Theresa M Edwards | | -SPLIT- | -795.99 |
| Check | 07/05/2024 | 17471 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 07/12/2024 | 17486 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 07/12/2024 | 17487 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 07/12/2024 | 17488 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 07/19/2024 | 17503 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 07/19/2024 | 17504 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 07/19/2024 | 17505 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 07/26/2024 | 17520 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 07/26/2024 | 17521 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 07/26/2024 | 17522 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 08/02/2024 | 17537 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 08/02/2024 | 17538 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 08/02/2024 | 17539 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 08/09/2024 | 17554 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 08/09/2024 | 17555 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 08/09/2024 | 17556 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 08/16/2024 | 17572 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 08/16/2024 | 17573 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 08/16/2024 | 17574 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 08/23/2024 | 17589 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 08/23/2024 | 17590 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 08/23/2024 | 17591 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 08/30/2024 | 17606 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 08/30/2024 | 17607 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 08/30/2024 | 17608 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 09/06/2024 | 17623 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 09/06/2024 | 17624 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 09/06/2024 | 17625 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 09/13/2024 | 17640 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 09/13/2024 | 17641 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 09/13/2024 | 17642 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 09/20/2024 | 17657 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 09/20/2024 | 17658 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 09/20/2024 | 17659 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 09/27/2024 | 17674 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 09/27/2024 | 17675 | Theresa M Edwards | | -SPLIT- | -795.44 |

2:51 PM
12/18/24
Cash Basis

Case 24-41297    Doc 1    Filed 12/19/24    Entered 12/19/24 09:17:52    Desc Main
Document    Page 33 of 37

Edwards Towing & Storage, Inc.
Account QuickReport
As of December 18, 2024

| Type | Date | Num | Name | Memo | Split | Paid Amount |
|------|------|-----|------|------|-------|-------------|
| Check | 09/27/2024 | 17676 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 10/04/2024 | 17692 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 10/04/2024 | 17693 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 10/04/2024 | 17694 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 10/10/2024 | 5120 | Connor Edwards | | -SPLIT- | -987.00 |
| Check | 10/11/2024 | 17710 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 10/11/2024 | 17711 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 10/11/2024 | 17712 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 10/18/2024 | 17727 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 10/18/2024 | 17728 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 10/18/2024 | 17729 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 10/25/2024 | 17742 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 10/25/2024 | 17743 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 10/25/2024 | 17744 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 11/01/2024 | 17757 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 11/01/2024 | 17758 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 11/01/2024 | 17759 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 11/08/2024 | 17772 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 11/08/2024 | 17773 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 11/08/2024 | 17774 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 11/14/2024 | 5133 | Connor Edwards | | -SPLIT- | -1,167.61 |
| Check | 11/15/2024 | 17788 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 11/15/2024 | 17789 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 11/15/2024 | 17790 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 11/22/2024 | 17803 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 11/22/2024 | 17804 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 11/22/2024 | 17805 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 11/29/2024 | 17818 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 11/29/2024 | 17819 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 11/29/2024 | 17820 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 12/06/2024 | 17833 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 12/06/2024 | 17834 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 12/06/2024 | 17835 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 12/12/2024 | 5144 | Connor Edwards | | -SPLIT- | -481.34 |
| Check | 12/13/2024 | 17848 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 12/13/2024 | 17849 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 12/13/2024 | 17850 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 12/17/2024 | 5148 | Connor J Edwards | | -SPLIT- | -1,418.32 |
| Check | 12/17/2024 | 5149 | Theresa M Edwards | | -SPLIT- | -795.44 |
| Check | 12/17/2024 | 5150 | Wayne J Edwards | | -SPLIT- | -2,247.50 |
| Check | 12/18/2024 | 5160 | Wayne Edwards | | Shareholder Distributions | -2,000.00 |
| Total Checking | | | | | | -243,140.84 |

# United States Bankruptcy Court
## District of Massachusetts

In re __EMS Warehousing and Distribution, Inc._____    Case No. _____
                                          Debtor(s)                 Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wayne Edwards**<br>**210 Grove Street, Suite 100**<br>**Franklin, MA 02038** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**December 19, 2024**_____    Signature __/s/ Wayne Edwards_____
                                                            __Wayne Edwards__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Massachusetts

In re    **EMS Warehousing and Distribution, Inc.**                                    Case No. _____

                                                            Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 19, 2024**                        **/s/ Wayne Edwards**
                                                          **Wayne Edwards**/**President**
                                                          Signer/Title

.

83 GF210 Owner, LLC
c/o Westbrook Aquisitions, LLC
7121 Fairway Drive, Suite 410
Palm Beach Gardens, FL 33418

Commonwealth of Massachuetts
Department of Unemployment Assistance
Legal Dept. 1st Fl, Attn Chief Counsel
19 Staniford Street
Boston, MA 02114

Dowe Realty II , LLC
140 Morgan Drive
Norwood, MA 02062

Dowe Realty II, LLC
c/o Home Market Foods
140 Morgan Drive
Norwood, MA 02062

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

John Farraher, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114

MCP III 210 Grove LLC
c/o Marcus Partners, LLC
201 Washington Street, Suite 2100
Boston, MA 02108

Ocean State Forklifts, Inc.
22 Hollister Road
Seekonk, MA 02771

# United States Bankruptcy Court
## District of Massachusetts

In re   **EMS Warehousing and Distribution, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EMS Warehousing and Distribution, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2024**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **EMS Warehousing and Distribution, Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**